IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLSHAN WESTPHAL, an individual<br><br>Plaintiff,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY, a Texas corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. C 09-03046 WHA<br><br>**ORDER RE REQUEST<br>FOR JUDICIAL NOTICE** |

Plaintiff filed a request for judicial notice of an order of the Central District of California, *Fariborz David Massoudi, et al. v. ConocoPhillips Company*, and asked the Court to remand this action to state court based on that order. No motion for remand has been filed. The Court declines to remand this action to state court based on the request for judicial notice alone. Plaintiff may file a motion for remand if he so chooses.

**IT IS SO ORDERED.**

Dated: August 17, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE