IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOLSHAN WESTPHAL, an individual,

    Plaintiff,

v.

CONOCOPHILLIPS COMPANY, a Texas corporation, and DOES 1 through 10, inclusive,

    Defendants.

No. C 09-03046 WHA

**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant's time to respond to the complaint is **EXTENDED** for another twenty days.

The request to continue the case management conference for 120 days is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 18, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE